## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON and <br> ELIZABETH JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 08-00732-CB-C |
| EAST BAY KIA and <br> SUNTRUST BANK, INC., | ) | |
| | ) | |
| Defendants. | | |

## JUDGMENT

Plaintiffs David Johnson and Elizabeth Johnson and Defendant SunTrust Bank, Inc. have

filed a Joint Stipulation of Dismissal.  (Doc. 11.)  In light of that stipulation, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiffs' claims against defendant SunTrust

Bank, Inc. be and hereby are **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the 30th  day of March, 2009.


*s/Charles R. Butler, Jr.*
**Senior United States District Judge**